### (December 15, 1969)

■ RICHARD FOGLIA, Respondent, *v.* LOUIS ROTHSCHILD, Appellant, et al., Defendants.— In an action to recover chattels, the appeal is from a judgment of the Supreme Court, Nassau County, entered January 13, 1969 after a non-jury trial, adjudging that plaintiff has title to the chattels and is entitled to possession of them and dismissing defendant Rothschild's counterclaim. Judgment affirmed, without costs. No opinion. Brennan, Acting P. J., Hopkins, Munder and Martuscello, JJ., concur; Benjamin, J., dissents and votes to reverse the judgment, dismiss the complaint and grant judgment to appellant on his counterclaim, with the following memorandum: In my opinion, plaintiff's testimony was so bizarre and so contrary to ordinary, common-sense business practice that it must be rejected as incredible. At the very least it was insufficient to rebut the presumption of ownership in defendant Testa, flowing from his possession of the subject chattels.

■ NATHAN GLASER et al., Respondents, v. K. L. R. CONSTRUCTION CORP., Appellant, et al., Defendants. MILTON KAMEN, Appellant.— Resettled judgment of the Supreme Court, Suffolk County, entered June 4, 1969, and order of the same court entered October 8, 1969 affirmed, with one bill of costs to respondents against appellants jointly. No opinion. Appeal from judgment of the same court entered May 6, 1969 dismissed, without costs, as academic. That judgment was superseded by the resettled judgment entered June 4, 1969. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.